IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROMERIO L. WALKER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                                CASE NO. 1D14-4764

DEPARTMENT OF
CORRECTIONS, ET AL.,

Respondents.

_____/

Opinion filed January 9, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Romerio L. Walker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jamie M. Braun, Assistant Attorney General,
Tallahassee, for Respondents.

PER CURIAM.

The petition for writ of mandamus is denied.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.